2/16/10
#6933
$1,226.25

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

February 16, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

    Re:    William & Jeanette Jones
             Chapter 7 Case No. 03-24800

To the Clerk of the Court:

Enclosed please find a Trustee's check in the amount of $1,226.25. This check represents the following dividend check(s) which had been paid to creditor(s) and not cashed within 90 days:

| Creditor | Claim No. | Amount of Dividend |
|---|---|---|
| Beneficial New York, Inc. | 3 | $ 941.07 |
| The Bank of New York | 9 | 285.18 |

If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss



FILED
2/16/2010
BANKRUPTCY COURT
ROCHESTER, NY